UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re ) | |
| Benjamin Laurens Champion ) | Case No. 6:11-bk-12063-KSJ |
| Justine Anne Champion ) | |
| ) | |
| Debtors ) | |

NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE

Dennis D Kennedy, trustee of the above captioned debtors' estate, hereby gives notice of a proposed sale of property of the estate and shows:

1. Property of the estate includes non-exempt personal property described as one (1) 2004 Dodge Ram 2500 Quad Cab 4x4 and one (1) 2005 Ford Expedition Xlt 4x4, with a petition value of $11,100.00 (the "Property").

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on Dennis D Kennedy, Trustee, P O Box 541848, Merritt Island, FL 32954.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

2. The trustee has valued the Property based upon photographs and an N.A.D.A. retail value of $11,100.00. The trustee values the estate's interest of the non-exempt portion of the Property, after taking into consideration the debtor's were entitled to an exemption of $1,400.00 and a lien more fully described in paragraph 4 below, at $3,000.00.

3. The trustee has received an offer to purchase the Property from Benjamin Laurens Champion and Justine Anne Champion, the debtors, for $3,000.00 payable in one (1) lump sum payment. The trustee has already received the lump sum payment.

4. The trustee is aware of a lien on the Property held by Pentagon FCU in the approximate amount of $3,400.00 for 2004 Dodge Ram 2500 quad cab and $3,300.00 for 2005 Ford Expedition XLT 4x4. The sale is being made subject to all liens and encumbrances. There may be encumbrances that the trustee is not aware of.

5. The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in 4 above. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

6. The trustee will entertain any higher bids for the purchase of the Property described in 1 above. Such bids must be in writing and accompanied by a deposit of 50% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business on twenty one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone

auction will occur among the bidders on the earliest date the trustee can arrange such auction.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by first-class United States Mail, postage prepaid, this 21st day of October, 2011 to all persons on a current mailing matrix attached to the original of this document.

DATED: October 21, 2011.

/s/ Dennis D Kennedy
Dennis D Kennedy, Trustee
P O Box 541848
Merritt Island, FL 32954
Phone (321) 455-9744
Facsimile (321) 445-9888